IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MANUEL JOERONIMO QUICHOCHO SAN NICOLAS**                              **PLAINTIFF**

v.                                                         **CIVIL ACTION NO. 1:24-cv-00305-TBM-BWR**

**HARRISON COUNTY BOARD OF SUPERVISORS, et al.**                        **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 18th day of February, 2025.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE